Norris McLaughlin, P.A.
Martha N. Donovan, Esq.
400 Crossing Blvd., 8th Floor
Bridgewater, New Jersey 08807-5933
(908) 722-0700
Direct: (908)252-4240
Email: mndonovan@norris-law.com
Attorneys for Plaintiff, Sun Chemical Corporation

|  |  |  |
|---|---|---|
| SUN CHEMICAL CORPORATION, | : | |
| | : | UNITED STATES DISTRICT COURT |
| Plaintiff, | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | |
| v. | : | Civil Action No. 2:20-cv-06252(SRC-CLW) |
| | : | |
| AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; LANDMARK INSURANCE COMPANY; and GREAT AMERICAN ALLIANCE INSURANCE COMPANY (F/K/A AMERICAN ALLIANCE INSURANCE COMPANY), | : | **CONSENT ORDER** |
| Defendants. | : | |

**THIS MATTER** having been brought to the Court by Norris McLaughlin, P.A., counsel for Plaintiff Sun Chemical Corporation in accordance with the Fourth Amended Pretrial Scheduling Order (Doc. 65), and McElroy Deutsch Mulvaney & Carpenter, LLP, counsel for Defendants American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. (in its own right and as successor-in-interest to Landmark Insurance Company) having consented to the form and entry of the within Order, and for good cause shown,

It is hereby ORDERED that Plaintiff is granted leave to file the proposed First Amended Complaint.

| | |
|---|---|
| **Norris McLaughlin, P.A.** | **McElroy Deutsch Mulvaney & Carpenter, LLP** |
| Counsel for Plaintiff | Counsel for Defendants |
| Sun Chemical Corporation | American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. (in its own right and as successor-in-interest to Landmark Insurance Company) |

By: _____
      Martha N. Donovan

By: __/s/ Lydia K. Deutsch_____
      Lydia K. Deutsch

IT IS SO ORDERED:

  s/ Cathy L. Waldor
Cathy L. Waldor, U.S.M.J.

Dated: October 17, 2022