Norris McLaughlin, P.A.
Margaret Raymond-Flood, Esq.
400 Crossing Blvd., 8th Floor
Bridgewater, New Jersey 08807-5933
(908) 722-0700
Direct: (908)252-4228
Email: mrflood@norris-law.com
Attorneys for Plaintiff, Sun Chemical Corporation

|  |  |
|---|---|
| SUN CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; LANDMARK INSURANCE COMPANY; and GREAT AMERICAN ALLIANCE INSURANCE COMPANY (F/K/A AMERICAN ALLIANCE INSURANCE COMPANY),<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 2:20-cv-06252<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Margaret Raymond-Flood, Esq. of Norris McLaughlin, P.A. hereby enters an appearance on behalf of Plaintiff, Sun Chemical Corporation, and requests that copies of all papers in this action be served upon the undersigned.

            Norris McLaughlin, P.A.
            Attorneys for Plaintiff, Sun Chemical Corporation

            By: _____
                  Margaret Raymond-Flood

Dated: October 26, 2022