

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4240
Email: mndonovan@norris-law.com

December 22, 2022

**Via ECF**

Hon. Cathy L. Waldor, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:     Sun Chemical Corporation v. American Home Assurance Company, et al.
        Civil Action No. 2:20-cv-06252 (SRC-CLW)

Dear Judge Waldor:

        Counsel for Plaintiff, Sun Chemical Corporation, and Counsel for newly added
Defendant, Great American Alliance Insurance Company ("Great American Alliance") have
conferred and request that the court enter the attached consent order dismissing Great American
Alliance without prejudice.

                                Respectfully submitted,

                                Martha N. Donovan

Enclosure
cc:     All Counsel of Record (Via ECF)