# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUN CHEMICAL CORP., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | Civil Action No. 20-cv-06252 (SRC) <br><br> **ORDER** |

**CHESLER**, District Judge

  **IT APPEARING** that Defendant Great American Alliance Insurance Company ("Great American" filed a motion to dismiss all claims brought by Plaintiff Sun Chemical Corporation ("Sun Chemical") against it [ECF No. 81]; and it further

  **APPEARING** that Sun Chemical and Great American filed a proposed consent order dismissing all of Sun Chemical's claims against Great American without prejudice [ECF No. 91]; and it further

  **APPEARING** that the Court issued the proposed consent order on December 23rd, 2022, thus dismissing Sun Chemical's claims against Great American without prejudice [ECF No. 92]; and it further

  **APPEARING** that Great American's motion is now moot; therefore

  **IT IS** on this 11th day of January, 2023,

  **ORDERED** that Great American's motion to dismiss is **DENIED** as moot.

                s/ Stanley R. Chesler
                STANLEY R. CHESLER
                United States District Judge