# McElroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

Laurence McHeffey, Esq.
Tel. No.: (973) 425-8965
lmcheffey@mdmc-law.com

Lydia K. Deutsch, Esq.
Tel. No.: (201) 424-5264
ldeutsch@mdmc-law.com

February 9, 2023

**VIA ECF**
The Honorable Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street, Room 4040, Courtroom 4C
Newark, NJ 07101

      RE:    **Sun Chemical Corporation v. American International Group, Inc.,** *et al.*
               **Docket No.:  2:20-cv-6252-SRC-CLW**
               **MDMC File No.:  A0014-1743**

Dear Judge Waldor:

      This firm represents Defendants American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA, in its own right and as successor-in-interest to Landmark Insurance Company, ("Defendants"), in the above-captioned matter filed by Sun Chemical Corporation ("Plaintiff").

      Pursuant to the case management conference before the Court on October, 26, 2022, Defendants and Plaintiff jointly submit the enclosed proposed Fifth Amended Pretrial Scheduling Order.

      Thank you.

                                            Very truly yours,

                                      McElroy, Deutsch, Mulvaney & Carpenter, LLP

                                        ***/s/ Laurence McHeffey***
                                           Laurence McHeffey, Esq.
                                           Lydia K. Deutsch, Esq.

cc:  All Counsel of Record (via ECF Notification)