# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

Laurence McHeffey, Esq.  Lydia K. Deutsch, Esq.
Tel. No.:  (973) 425-8965  Tel. No.: (201) 424-5264
lmcheffey@mdmc-law.com  ldeutsch@mdmc-law.com

March 10, 2023

**VIA ECF**
The Honorable Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street, Room 4040, Courtroom 4C
Newark, NJ 07101

   RE: **Sun Chemical Corporation v. American International Group, Inc.,** *et al.*
      **Docket No.:  2:20-cv-6252-SRC-CLW**
      **MDMC File No.:  A0014-1743**

Dear Judge Waldor:

  This firm represents Defendants American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA, in its own right and as successor-in-interest to Landmark Insurance Company, ("Defendants"), in the above-captioned matter filed by Sun Chemical Corporation ("Plaintiff").

  Defendants respectfully request a brief adjournment of the March 15, 2023 1PM EST telephonic conference. Defense counsel has a prior commitment in another matter on that date at that time that we regrettably have been unable to change. As such, we respectfully request a brief adjournment of the upcoming conference if feasible. We sincerely apologize for the inconvenience. Plaintiff does not object to the adjournment.

  Thank you.

      Respectfully submitted,

      MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

      */s/ Laurence McHeffey*
      Laurence McHeffey, Esq.
      Lydia K. Deutsch, Esq.

cc:  All Counsel of Record (via ECF Notification)