

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807

T: 908-722-0700
F: 908-722-0755
Direct: 908-252-4240
Email:  mndonovan@norris-law.com

July 11, 2023

**VIA ECF**

Hon. Cathy L. Waldor, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   Sun Chemical Corporation v. American Home Assurance Company, et al.
         Civil Action No. 2:20-cv-6252 (SRC-CLW)

Dear Judge Waldor:

    This firm represents Plaintiff, Sun Chemical Corporation, in the above-captioned matter. We write with the consent of counsel for Defendants American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA, in its own right and as successor-in-interest to Landmark Insurance Company.

    The parties respectfully request the Court grant an adjournment of the date by which the parties may respond to supplemental discovery requests from July 14, 2023 to August 11, 2023 in part due to conflicting summer vacation schedules.  The next case management conference is set for September 11, 2023.

    Thank you.

Respectfully submitted,

Martha N. Donovan

MND/pd
cc:   All counsel of record via ECF



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM